UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**JOSE LUIS MENDEZ-LUNA,**            :

    **Petitioner**            :    CIVIL ACTION NO. 3:15-0514

    **v**            :    (JUDGE MANNION)

**ERIC HOLDER,**            :

    **Respondent**            :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice to Petitioner filing another §2241 petition should he develop good reason to believe that removal is no longer reasonably foreseeable.

2. Petitioner's motion for enlargement of time within which to file a traverse (Doc. 10) is **GRANTED**. Petitioner's traverse (Doc. 11), filed on May 4, 2015 is considered timely filed.

3. Petitioner's motion for reconsideration of this Court's March 23, 2015 Order denying his motion for appointment of counsel (Doc. 10) is **DENIED**.

4. The Clerk of Court shall **CLOSE** this case.

                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Dated:   May 11, 2015**